David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Charles C. Sipos, *pro hac vice*
CSipos@perkinscoie.com
Mica D. Klein, *pro hac vice*
MicaKlein@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Defendant*
*Bob's Red Mill Natural Foods, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FRANKEL, NATASHA PARACHA, and PAUL DAVIS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOB'S RED MILL NATURAL FOODS, INC., an Oregon Corporation,<br><br>Defendant. | Case No. 3:18-cv-05394-JST<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**<br><br>[L.R. 6-2] |

Pursuant to Civil Local Rule 6-2, Plaintiffs Tamara Frankel, Natasha Paracha, and Paul Davis ("Plaintiffs") and Defendant Bob's Red Mill Natural Foods, Inc. ("Defendant") (collectively, the "Parties"), jointly request the following modifications to the time frame set forth under the Civil Local Rules for upcoming motion practice related to Defendant's motion to dismiss the above action. The Declaration of Charles Sipos, included as Appendix A hereto, sets forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in the case; and (3) that the requested time modification will not affect the schedule for the case.

1. Plaintiffs Tamara Frankel and Natasha Paracha filed the initial Complaint in this action on August 31, 2018, asserting claims against Defendant under California's Unfair Competition Law ("UCL") and Consumer Legal Remedies Act ("CLRA").

2. Prior to Defendant's deadline to respond to the Complaint, on October 24, 2018, Plaintiffs filed a First Amended Complaint (the "FAC"). In the FAC, Plaintiffs Tamara Frankel and Natasha Paracha amended their claims to add an additional named plaintiff, Paul Davis, and an additional cause of action arising under Florida's Deceptive and Unfair Trade Practices Act, together with other amendments.

3. The current deadline for Defendant to respond to the FAC is November 19, 2018.

4. Defendant intends to file a motion to dismiss Plaintiffs' FAC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion"). Because of the intervening holidays and the additional time the Parties expect to need to address the Florida consumer protection claims added to this action via amendment with Plaintiff's FAC, the Parties respectfully request that the standard briefing schedule for Defendant's Motion, as set forth by Civil Local Rules 7-2 and 7-3, be modified. The briefing schedule the Parties have agreed upon is as follows:

    a. Defendant will file its Motion by November 30, 2018;

    b. Plaintiffs will file their opposition to Defendant's Motion by January 11, 2019;

    c. Defendant will file its reply in support of its Motion no later than January 25, 2019.

5. The Parties have further agreed that the hearing on Defendant's Motion will be set for February 14, 2019 at 2:00 p.m. Consistent with this Court's Standing Order for All Civil Cases, this date is a Thursday and is currently available on the Court's calendar.

6. The Parties have requested no other time-related modifications, and the requested modifications will not affect the case schedule.

7. A proposed form of order making the foregoing changes to the standard briefing schedule is submitted together with this stipulation for the Court's convenience.

**SO STIPULATED BY**

DATED: November 14, 2018          **PERKINS COIE LLP**

By: */s/ David T. Biderman*
    David T. Biderman, Bar No. 101577
    DBiderman@perkinscoie.com

*Attorneys for Defendant Bob's Red Mill Natural Foods*

DATED: November 14, 2018          **BONNETT FAIRBOURN FRIEDMAN & BALINT PC**

By: */s/ Patricia N. Syverson*
    Patricia N. Syverson, Bar No. 203111

*Attorneys for Plaintiffs Tamara Frankel, Natasha Paracha, and Paul Davis*

I, David Biderman, hereby attest, pursuant to Local Civil Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 14, 2018          **PERKINS COIE LLP**

By: */s/ David T. Biderman*
    David T. Biderman, Bar No. 101577

*Attorneys for Defendant Bob's Red Mill Natural Foods*

# APPENDIX A

## LOCAL RULE 6-2 DECLARATION OF CHARLES C. SIPOS

Charles C. Sipos declares:

1. I am a partner with the law firm of Perkins Coie LLP and counsel for Defendant Bob's Red Mill Natural Foods, Inc. ("Defendant") in the above-captioned matter. I submit this declaration pursuant to Civil Local Rule 6-2(a) in relation to the Parties' Stipulated Request for Order Changing Time. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. The current deadline for Defendant to respond to Plaintiffs' First Amended Complaint ("FAC") is November 19, 2018. Defendant intends to file a motion to dismiss Plaintiffs' FAC pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion").

3. The Parties are jointly requesting a modification to the standard briefing schedule for Defendant's Motion because of the intervening holidays and the additional time the Parties expect to need to address the Florida consumer protection claims added to this action via amendment with Plaintiff's FAC.

4. The Parties have requested no other time-related modifications, and the requested modifications will not affect the case schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of November, 2018, at Seattle, Washington.

                     */s/ Charles C. Sipos*
                     Charles C. Sipos

# [PROPOSED] ORDER

Based on the foregoing stipulation, the following schedule will apply to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"):

1. Defendant will file its Motion by November 30, 2018;
2. Plaintiffs will file their opposition to Defendant's Motion by January 11, 2019;
3. Defendant will file its reply in support of its Motion no later than January 25, 2019;
4. The hearing on Defendant's Motion will take place on February 14, 2019, at 2:00 p.m. in Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 15, 2018

The Honorable Jon S. Tigar
United States District Judge